IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POWHATAN ENERGY FUND LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10142 (MFW) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certifies as follows:

1. On July 31, 2015, the Federal Energy Regulatory Commission ("FERC" or "Commission") filed in the United States District Court for the Eastern District of Virginia (the "District Court") a complaint to enforce a Commission Order Assessing Penalties ("OAP") against Powhatan Energy Fund LLC ("Powhatan" or the "Debtor") pursuant to 16 U.S.C. § 823b(d)(3)(B). In particular, by the FERC Enforcement Action, the Commission seeks to enforce its OAP directing Powhatan to pay disgorgement of unjust profits plus applicable interest

2. On February 16, 2022 (the "Petition Date"), the Debtor filed a Chapter 7 voluntary petition. Thereafter, David Carickhoff (the "Trustee") was appointed as the Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

3. On the Petition Date, the FERC Enforcement Action was pending in the District Court. On February 22, 2022, the District Court entered an Order staying that matter pursuant to the automatic stay under 11 U.S.C. § 362.

4. On August 9, 2022, the Commission filed a proof of claim, claim no. 6, for the corresponding amounts awarded in the OAP (the "FERC Proof of Claim").

5. The parties have discussed the FERC Enforcement Action and FERC provided the Trustee with additional information on FERC's policy objectives regarding the energy

2

markets. FERC asserts that the automatic stay does not apply to the FERC Enforcement Action under the police and regulatory power exception of 11 U.S.C. § 362(b)(4).

6. The Trustee and FERC have entered into a stipulation which provides that, subject to Bankruptcy Court approval, the automatic stay, to the extent applicable, shall be modified for the sole purpose of: (a) permitting the FERC Enforcement Action to continue to final judgment or resolution and (b) liquidating the claims of FERC (the "Stipulation").

7. Attached hereto as <u>Exhibit A</u> is a proposed order approving the Stipulation (the "Proposed Order"). The Stipulation is attached as <u>Exhibit 1</u> to the Proposed Order.

WHEREFORE, the Trustee respectfully requests that the Bankruptcy Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated:  February 14, 2023          By: /s/ *Alan M. Root*
                                       Alan M. Root (No. 5427)
                                       ARCHER & GREINER, P.C.
                                       300 Delaware Avenue, Suite 1100
                                       Wilmington, DE  19801
                                       Telephone:  302-777-4350
                                       Facsimile:  302-777-4352
                                       Email:  aroot@archerlaw.com

                                       *Proposed Counsel for the Chapter 7 Trustee*